```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                          CASE NO. 05 B 45293
       ERIC R PERKINS
       JODI L PERKINS                               CHAPTER 13

                                                    JUDGE: MANUEL BARBOSA

            Debtor
       SSN XXX-XX-0272     SSN XXX-XX-9223


    ------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
    ------------------------------------------------------------------------------
         Glenn Stearns, Chapter 13 Standing Trustee, submits the following
    Final Report and Account of the administration of the estate pursuant to
    11 USC 1302(b)(1).

         1.   The case was filed on 10/07/05 and confirmed on 01/31/06.

         2.   The plan is paid in full.

         3.   The Debtor paid a total of $  75175.02 .

         4.   The Trustee made disbursements to creditors as follows:


    ------------------------------------------------------------------------------
    CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                 PAID           PAID
    ------------------------------------------------------------------------------
    NATIONAL CITY HOME LOAN  CURRENT MORTG           .00            .00            .00
    NATIONAL CITY HOME LOAN  MORTGAGE ARRE       8843.53            .00        8843.53
    REAL TIME RESOLUTIONS    SECURED            19006.46            .00       19006.46
    REAL TIME RESOLUTIONS    MORTGAGE ARRE       1500.00            .00        1500.00
    ALLIANT CREDIT UNION     SECURED VEHIC      27850.00        4121.11       27850.00
    ECAST SETTLEMENT CORP    UNSECURED           3412.01            .00         522.06
    M&I BANK                 SECURED VEHIC           .00            .00            .00
    ALLIANT CREDIT UNION     UNSECURED           4290.93            .00         656.55
    ECAST SETTLEMENT CORP    UNSECURED           2269.63            .00         347.27
    CAPITAL ONE BANK         UNSECURED           2159.20            .00         330.37
    FIRST NATIONAL BANK OF O UNSECURED           6868.97            .00        1051.01
    ECAST SETTLEMENT CORPORA UNSECURED           2539.89            .00         388.62
    METRO FEDERAL CU         UNSECURED           9408.78            .00        1439.62
    PORTFOLIO RECOVERY ASSOC UNSECURED            135.73            .00          20.77
    ECAST SETTLEMENT CORPORA UNSECURED           1991.85            .00         304.77
    ALLIANT CREDIT UNION     UNSECURED           3740.12            .00         572.27
    ALLIANT CREDIT UNION     UNSECURED           3490.37            .00         534.05
    M & I MARSHALL & IISLEY  UNSECURED           7782.19            .00        1190.74
             Summary of disbursements:

                          SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
    ------------------------------------------------------------------------------
    TOTAL CLMS ALLOWED    57199.99          .00     48089.67         .00     105289.66
    PRINCIPAL PAID        57199.99          .00      7358.10         .00      64558.09
    INTEREST PAID          4121.11          .00          .00         .00       4121.11
    TOTAL PAID            61321.10          .00      7358.10         .00      68679.20
    The Debtor's attorney, LEGAL HELPERS PC                  , was allowed $   2700.00
    and was paid $   700.00  direct and $   2000.00  through the plan.

    The Trustee received $   3590.80 .
```

Refunds to the Debtor totaled $   905.02 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/10/09                      /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE